UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIDDIG ELHINDI,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.<br><br>    Defendants. | No. 2:15-cv-00009-MCE-AC<br><br>**ORDER** |

In accordance with the stipulation of the parties, and good cause appearing therefore, the original deadline for filing a Rule 26(f) joint status report on this matter with the Court is extended forty-five (45) days. Consequently, the Parties shall file a Rule 26(f) joint status report with the Court no later than July 21, 2015.

IT IS SO ORDERED.

Dated: June 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT