1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIDDIG ELHINDI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendants. | No. 2:15-cv-0009 AC<br><br><br><br>ORDER |

This case was referred to the undersigned by order dated August 20, 2015 (ECF No. 15), and E.D. Cal. R. 301 (trials by consent). On December 17, 2015, the court issued a Status (Pretrial Scheduling) Order setting this matter for trial on February 21, 2017. ECF No. 19. However, the court's calendar now precludes that date, and the parties are unable to try the case on any other date before September 2017.

Accordingly, IT IS HEREBY ORDERED that:

1. The final pretrial conference, currently scheduled for January 18, 2017, is CONTINUED to Wednesday, August 28, 2017, at 10:00 a.m., in Courtroom No. 26, 8th Floor. Pretrial statements shall be filed in accordance with Local Rules 281 and 282, and the requirements set forth in the Status (Pretrial Scheduling) Order, ECF No. 19.

////

////

1

2.  The jury trial, currently scheduled for February 21, 2017, is CONTINUED to Monday, September 25, 2017, at 9:00 a.m., in Courtroom No. 26, 8th Floor.

3.  The Status (Pretrial Scheduling) Order (ECF No. 19) is otherwise CONFIRMED.

DATED: September 21, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE