KAMALA D. HARRIS
Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General
SHANNA M. MCDANIEL
Deputy Attorney General
State Bar No. 229249
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-5318
 Fax: (916) 324-5567
 E-mail: Shanna.McDaniel@doj.ca.gov
*Attorneys for Defendant
California Department of Corrections and Rehabilitation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELSIDDIG ELHINDI,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                              Defendants. | 2:15-CV-00009-MCE-AC<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY; [PROPOSED] ORDER** |

WHEREAS the court continued the trial date of this matter from February 21, 2017, to September 25, 2017, a period of approximately seven (7) months;

WHEREAS the parties are engaging in potential settlement negotiations and seek to do so without and/or prior to incurring the legal expenses of expert witnesses;

IT IS HEREBY STIULATED AND AGREED, by and between the undersigned, attorneys for the parties herein:

The Court is hereby requested to adopt a new scheduling order herein, extending the following deadlines as follows:

1

1 | The current Federal Rule of Civil Procedure Rule 26 expert disclosure deadline of
2 | December 27, 2016, to the statutory deadline of ninety (90) days before trial, to June 27, 2016,
3 | and extend the current rebuttal expert disclosure deadline of January 27, 2016, to July 27, 2017.
4 | The order and directions of this court contained in Scheduling Order dated December 17,
5 | 2015, and October 13, 2016, otherwise remain in full force and effect.

Dated:      December 7, 2016                         Respectfully Submitted,

/s/ Alan J. Reinach (as authorized on 12/7/2016)     KAMALA D. HARRIS
ALAN J. REINACH                                       Attorney General of California
Church State Counsel                                  JUDITH RECCHIO
*Attorney for Plaintiff*                              Supervising Deputy Attorney General
*Elssiddig Elhindi*

/s/ Shanna McDaniel
SHANNA M. MCDANIEL
Deputy Attorney General
*Attorneys for Defendants*
*California Department of Corrections*
*and Rehabiliation*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELSIDDIG ELHINDI,** | 2:15-CV-00009-MCE-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,** | |
| Defendants. | |

The Court having considered the parties' stipulation seeking to extend the expert disclosure schedule, the court approves the following schedule extending relevant dates for six (6) months:

Expert disclosure: June 27, 2017

Rebuttal Expert Dislcosure:  July 27, 2017

The order and directions of this court contained in its Scheduling Orders dated December 17, 2015, and October 13, 2016, otherwise remain in full force and effect.

IT IS SO ORDERED:

Dated: December 8, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE