UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELSIDDIG ELHINDI,** | 2:15-CV-00009-MCE-AC |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,** | |
| Defendants. | |

The Court having considered the parties' stipulation seeking to extend the deadline to propound written discovery, the court approves the following change to the current scheduling order:

Deadline to Propound Written Discovery:   **March 31, 2017**

The order and directions of this court contained in its Scheduling Orders dated December 17, 2015, and October 13, 2016, otherwise remain in full force and effect.

**IT IS SO ORDERED.**

Dated: January 12, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE