UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**ELSIDDIG ELHINDI**,

Plaintiff,

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**

Defendants.

No. 2:15-CV-00009-MCE-AC

~~PROPOSED~~ ORDER

The court having considered the parties' stipulation seeking to extend the deadline for propounding written discovery, the court approves the following change to the current scheduling order:

Deadline to Propound Written Discovery: May 26, 2017.

The order and directions of this court contained in its Scheduling Orders dated December 17, 2015, and October 13, 2016, otherwise remain in full force and effect.

IT IS SO ORDERED:

DATED: February 2, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order            1.