XAVIER BECERRA,
Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General
MARC B. KOENIGSBERG, State Bar No. 204265
Deputy Attorney General
SHANNA MCDANIEL, State Bar No. 229249
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-0235
 Fax: (916) 324-5567
 E-mail: Marc.Koenigsberg@doj.ca.gov
*Attorneys for Defendant, California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELSIDDIG ELHINDI,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>　　　　　　　　　　Defendant. | 2:15-cv-00009-AC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　June 7, 2017<br>Time:　　10:00 a.m.<br>Ctrm:　　26, 8th Floor<br><br>Before The Hon. Allison Claire<br><br>Action Filed: December 31, 2014 |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 7, 2017, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 26 of the above-entitled court located at 501 I Street, Sacramento, California, defendant California Department of Corrections and Rehabilitation ("CDCR") will and hereby does move this Court for an order granting summary judgment against plaintiff Elsiddig Elhindi, and in favor of CDCR.

/ / /

1

This motion is made pursuant to Federal Rules of Civil Procedure, rule 56 on the grounds that all of Plaintiff's claims are barred by the doctrine of judicial estoppel in that Plaintiff failed to disclose his employment claims against CDCR in his bankruptcy case thereby perpetrating a fraud on the Bankruptcy Court, the U.S. trustee and his creditors.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts, the declaration of Marc B. Koenigsberg, the Request for Judicial Notice, all the pleadings and papers on file in this action, and upon such argument and evidence as may be presented to the Court at the hearing.

Dated: April 28, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General

*/s/ Marc B. Koenigsberg*

MARC B. KOENIGSBERG
Deputy Attorney General
*Attorneys for Defendant, California Department of Corrections and Rehabilitation*

SA2015102185
12655653.doc