XAVIER BECERRA
Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General
SHANNA MCDANIEL, State Bar No. 229249
Deputy Attorney General
MARC B. KOENIGSBERG, State Bar No. 204265
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 322-0235
  Fax:  (916) 324-5567
  E-mail:  Marc.Koenigsberg@doj.ca.gov
*Attorneys for Defendant, California Department
of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELSIDDIG ELHINDI,**<br><br>                          Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                          Defendant. | 2:15-cv-00009-AC<br><br>**DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     June 7, 2017<br>Time:    10:00 a.m.<br>Ctrm:    26, 8th Floor<br><br>Before The Hon. Allison Claire<br><br>Action Filed:  December 31, 2014 |

1

| Undisputed Facts and Evidence | Plaintiff's Response |
|---|---|
| **ISSUE 1: Defendant California Department of Corrections and Rehabilitation Is Entitled to Judgment as a Matter of Law Based Upon the Doctrine of Judicial Estoppel.** ||
| 1. Plaintiff signed his Equal Employment Opportunity Commission ("EEOC") complaint on January 20, 2011, under the penalty of perjury.<br><br>Supporting Evidence:<br><br>Plaintiff's FAC, ¶ 2(a) and Exhibit 1. Declaration of Marc B. Koenigsberg ("Koenigsberg Decl."), ¶ 2, Exh. A, Deposition of Elsiddig Elhindi ("Elhindi Depo."), 164:9 – 164:18, 165:5 – 165:7. | 1. |
| 2. Plaintiff filed a complaint with the EEOC on or about January 25, 2011.<br><br>Supporting Evidence:<br><br>Plaintiff's First Amended Complaint ("FAC"), ¶ 2(a) and Exhibit 1. | 2. |
| 3. Plaintiff's EEOC complaint alleged harassment, discrimination and retaliation based on race, religion and national origin.<br><br>Supporting Evidence:<br><br>Plaintiff's FAC, ¶ 2(a) and Exhibit 1. | 3. |
| 4. Plaintiff was aware that EEOC was an administrative agency and filing a charge of discrimination was a required step before he could sue CDCR for discrimination or harassment.<br><br>Supporting Evidence:<br><br>Declaration of Marc B. Koenigsberg ("Koenigsberg Decl."), ¶ 2, Exh. A, Elhindi Depo., 121:9 – 122:24. | 4. |

| Undisputed Facts and Evidence | Plaintiff's Response |
|---|---|
| 5. At the time he filed his EEOC complaint in January 2011, Plaintiff was aware he was reserving his right to file a lawsuit against CDCR.<br><br>Supporting Evidence:<br><br>Koenigsberg Decl., ¶ 2, Exh. A, Elhindi Depo., 169:25 – 170:12, 170:19 – 171:3. | 5. |
| 6. At the time he filed his EEOC complaint in January 2011, Plaintiff was aware that he had a potential lawsuit and a judge or jury could award him a sum of money, or that he could be paid a settlement.<br><br>Supporting Evidence:<br><br>Koenigsberg Decl., ¶ 2, Exh. A, Elhindi Depo., 171:4 – 171:19, 171:20 – 172:1, 201:13 – 201:20. | 6. |
| 7. At the time he filed his EEOC complaint in January 2011, Plaintiff was aware he had a claim against CDCR.<br><br>Supporting Evidence:<br><br>Koenigsberg Decl., ¶ 2, Exh. A, Elhindi Depo., 172:4 – 172:7. | 7. |
| 8. At the time he filed his EEOC complaint in January 2011, Plaintiff thought it was possible at some point in the future that he would be asking CDCR for monetary compensation for what he perceived as harassment.<br><br>Supporting Evidence:<br><br>Koenigsberg Decl., ¶ 2, Exh. A, Elhindi Depo., 201:6 – 201:12. | 8. |
| 9. Plaintiff filed a Chapter 7 bankruptcy petition in the Eastern District of | 9. |

| Undisputed Facts and Evidence | Plaintiff's Response |
|---|---|
| California on May 12, 2011.<br><br>Supporting Evidence:<br><br>Request for Judicial Notice ("RJN"), Exh No. 1, Plaintiff's Bankruptcy Petition, *In re Elhindi*, U.S.B.C., E.D.Cal., Case No. 11-31916. | |
| 10. Plaintiff declared under penalty of perjury on May 10, 2011, that his petition and its schedules were true and correct to the best of his knowledge, information, and belief.<br><br>Supporting Evidence:<br><br>RJN, Exh. No. 1, Plaintiff's Bankruptcy Petition, page 5, *In re Elhindi*, U.S.B.C., E.D.Cal., Case No. 11-31916. | 10. |
| 11. On Schedule B, listing personal property, Plaintiff indicated "None" under "Other contingent and unliquidated claims of every nature."<br><br>Supporting Evidence:<br><br>RJN, Exh No. 1, Plaintiff's Bankruptcy Petition, page 8, *In re Elhindi*, U.S.B.C., E.D.Cal., Case No. 11-31916. | 11. |
| 12. In his Statement of Financial Affairs, Plaintiff indicated "None" in the section that required Plaintiff to list "all suits and administrative proceedings to which debtor is or was a party within one year immediately preceding the filing of this bankruptcy case." (Emphasis in original.)<br><br>Supporting Evidence:<br><br>RJN, No. 1, Plaintiff's Bankruptcy Petition, page 30, *In re Elhindi*, U.S.B.C., E.D.Cal., Case No. 11-31916. | 12. |
| 13. Plaintiff declared under penalty of perjury on May 10, 2011, that his Statement of | 13. |

4

| Undisputed Facts and Evidence | Plaintiff's Response |
|---|---|
| Financial Affairs was true and correct.<br><br>Supporting Evidence:<br><br>RJN, Exh. No. 1, Plaintiff's Bankruptcy Petition, page 34, *In re Elhindi*, U.S.B.C., E.D.Cal., Case No. 11-31916. | |
| 14. Plaintiff was represented by bankruptcy attorney Razi Shah in the filing of his bankruptcy petition.<br><br>Supporting Evidence:<br><br>RJN, Exh. No. 1, Plaintiff's Bankruptcy Petition, page 2, *In re Elhindi*, U.S.B.C., E.D.Cal., Case No. 11-31916. | 14. |
| 15. The United States Bankruptcy Court for the Eastern District of California granted Plaintiff a discharge under section 727 of title 11, United States Code on August 29, 2011.<br><br>Supporting Evidence:<br><br>RJN, Exh. No. 2, Discharge of Debtor, *In re Elhindi*, U.S.B.C., E.D.Cal., Case No. 11-31916. | 15. |
| 16. Appearing to the United States Bankruptcy Court for the Eastern District of California that the Trustee completed the administration of the estate, the Court issued its final decree closing the estate on September 9, 2011.<br><br>Supporting Evidence:<br><br>RJN, Exh. No. 3, Final Decree, *In re Elhindi*, U.S.B.C., E.D.Cal., Case No. 11-31916. | 16. |

| | |
|---|---|
| Dated: April 28, 2017 | Respectfully submitted, |
| | XAVIER BECERRA<br>Attorney General of California<br>SUSAN E. SLAGER<br>Supervising Deputy Attorney General |
| | */s/ Marc B. Koenigsberg* |
| | MARC B. KOENIGSBERG<br>Deputy Attorney General<br>*Attorneys for Defendant, California Department of Corrections and Rehabilitation* |

SA2015102185
12655671.doc