IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELSIDDIG ELHINDI,** | Case No. 2:15-CV-00009-MCE-AC |
| Plaintiff, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,** | |
| Defendants. | |

On June 27, 2017, Defendant Department of Corrections and Rehabilitation filed a request to seal the report of its medical expert, Matthew Carroll, MD, and Dr. Frank Weber, on grounds that the report contains Plaintiff's personnel and private medical information. The Court finds that due to the nature of the report, Defendant has demonstrated a compelling reason to file the document under seal.

Accordingly, Defendant's request to file its expert reports and the supporting documentation under seal is GRANTED.

IT IS SO ORDERED

Dated: June 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

Order (2:15-CV-00009-MCE-AC)