Alan J. Reinach, State Bar No. 196899
Jonathon S. Cherne, State Bar No. 281548
Church State Council
2686 Townsgate Road,
Westlake Village, CA 91361
Tel: (805) 413-7396
Fax: (805) 497-7099
E-mail: ajreinach@churchstate.org
E-mail: jcherne@churchstate.org
*Attorneys for Plaintiff,*
*Elsiddig Elhindi*

Xavier Becerra, State Bar No. 118517
Attorney General of California
Susan E. Slager, State Bar No. 162942
Supervising Deputy Attorney General
Shanna McDaniel, State Bar No. 229249
Deputy Attorney General
Marc B. Koenigsberg, State Bar No. 204265
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-2520
  Fax: (916) 324-5567
  E-mail: shanna.mcdaniel@doj.ca.gov
*Attorneys for Defendant*
*California Department of Corrections*
*and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELSIDDIG ELHINDI,** | 2:15-CV-00009-AC |
| Plaintiff, | **REVISED JOINT STIPULATION RE: TRIAL AND RELATED DATES AND ~~PROPOSED~~ ORDER** |
| v. | |
| **STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,** | |
| Defendants. | Action Filed: January 5, 2015<br>Trial Date: September 25, 2017 |

1

Pursuant to the Court's Order stated in the Minutes following the Status Conference on June 28, 2017, and considering the September 5, 2017, deadline to file proofs of claim in Plaintiff's newly re-opened bankruptcy case; Plaintiff's counsel's scheduled federal court trial in February 2018 and state court trial in March 2018; and Defendant's counsel's state court trial in February 2018, the parties submit the following stipulation to continue all trial dates:

|  | Current Date | Proposed Date |
| --- | --- | --- |
| Joint Mid-Litigation Statement | July 26, 2017 | November 17, 2017 |
| Rebuttal Expert Disclosure | July 26, 2017 | December 29, 2017 |
| Last day to complete law and motion[1] | July 21, 2017 | January 19, 2018 |
| Last day to complete all discovery[2] | August 9, 2017 | February 16, 2018 |
| Joint Pretrial Conference Statement | August 7, 2017 | February 26, 2018 |
| Final Pretrial Conference | August 21, 2017 | March 14, 2018 |
| Trial | September 25, 2017 | April 23, 2018 |

///

///

---

[1] The word "completed" in this context means that all law and motion matters must be heard by the above date.

[2] The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary, and where discovery has been ordered, the order has been complied with.

| | | |
|---|---|---|
| 1 | Dated: July 12, 2017 | Respectfully submitted, |
| 2 | | CHURCH STATE COUNCIL |
| 3 | | |
| 4 | | */s/ Alan J. Reinach (as authorized on 7/12/17)* |
| 5 | | ALAN J. REINACH |
| | | *Attorneys for Plaintiff* |
| 6 | | *Elsiddig Elhindi* |
| 7 | | |
| 8 | Dated: July 12, 2017 | Respectfully submitted, |
| 9 | | HERUM CRABTREE SUNTAG |
| 10 | | |
| 11 | | */s/ Benjamin J. Codog (as authorized on 7/12/17)* |
| 12 | | |
| 13 | | BENJAMIN J. CODOG |
| | | *Attorneys for Chapter 7 Trustee* |
| 14 | | *Geoffrey Richards* |
| 15 | | |
| 16 | Dated: July 12, 2017 | Respectfully submitted, |
| 17 | | XAVIER BECERRA |
| | | Attorney General of California |
| 18 | | SUSAN E. SLAGER, |
| | | Supervising Deputy Attorney General |
| 19 | | |
| | | */s/ Shanna M. McDaniel (as authorized on 7/12/17)* |
| 20 | | |
| 21 | | SHANNA M. MCDANIEL |
| | | Deputy Attorney General |
| 22 | | *Attorneys for Defendant* |
| | | *California Department of Corrections* |
| 23 | | *and Rehabilitation* |
| 24 | SA2015102185 | |
| | 12751018.doc | |

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ELSIDDIG ELHINDI,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>Defendants. | 2:15-CV-00009-AC<br><br>~~PROPOSED~~ **ORDER RE: CONTINUANCE OF TRIAL AND RELATED DATES**<br><br><br>Action Filed:  January 5, 2015<br>Trial Date:     September 25, 2017 |

The court having considered the parties' stipulation seeking to extend the trial and related dates in this case, the court approves the dates as described below.

| | Current Date | New Date |
|---|---|---|
| Joint Mid-Litigation Statement | July 26, 2017 | November 17, 2017 |
| Rebuttal Expert Disclosure | July 26, 2017 | December 29, 2017 |
| Last day to complete law and motion[3] | July 21, 2017 | January 19, 2018 |
| Last day to complete all discovery[4] | August 9, 2017 | February 16, 2018 |
| | | |

---

[3] The word "completed" in this context means that all law and motion matters must be heard by the above date.
[4] The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary, and where discovery has been ordered, the order has been complied with.

4

| Joint Pretrial Conference Statement | August 7, 2017 | February 26, 2018 |
| --- | --- | --- |
| Final Pretrial Conference | August 21, 2017 | March 14, 2018 |
| Trial | September 25, 2017 | April 23, 2018 |

The order and directions of this court contained in its Scheduling Orders dated December 17, 2015, otherwise remain in full force and effect.

IT IS SO ORDERED.

Dated: July 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE