1  DANA A. SUNTAG (California State Bar No. 125127)
   BENJAMIN J. CODOG (California State Bar No. 307034)
2  HERUM\CRABTREE\SUNTAG
   A California Professional Corporation
3  5757 Pacific Avenue, Suite 222
   Stockton, California 95207
4  Telephone: (209) 472-7700
   Facsimile:  (209) 472-7986
5
   Attorneys for GEOFFREY RICHARDS,
6  *Chapter 7 Trustee, In re: Elsiddig Elhindi and Robin Jones*,
   United States Bankruptcy Court,
7  Eastern District of California, Case No. 11-31916

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIDDIG ELHINDI,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA;<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION,<br><br>        Defendants. | **Case No. 2:15-cv-00009-AC**<br><br>**STIPULATION TO SUBSTITUTE GEOFFREY RICHARDS, AS TRUSTEE OF THE BANKRUPTCY ESTATE OF ELSIDDIG ELHINDI, AS PLAINTIFF IN PLACE OF ELSIDDIG ELHINDI AND TO REVISE CAPTION; [~~PROPOSED~~] ORDER**<br><br>**[No hearing required]** |

This stipulation is entered into and among: Geoffrey Richards, Chapter 7 Bankruptcy Trustee, *In re: Elsiddig Elhindi and Robin Jones*, United States Bankruptcy Court, Eastern District of California, Case No. 11-31916 (the "Bankruptcy Case"); Elsiddig Elhindi; and Defendants State of California and California Department of Corrections and Rehabilitation ("CDCR") (collectively, the "Parties"), through their counsel of record.

## R E C I T A L S

A. On May 12, 2011, Mr. Elhindi filed the Bankruptcy Case and Mr. Richards was duly appointed as Chapter 7 Trustee.

B. On September 9, 2011, the Bankruptcy Case closed.

C. On December 31, 2014, Mr. Elhindi, through his counsel, Council on Islamic-American Relations ("CAIR"), filed the instant lawsuit.

D. On June 29, 2016, Alan J. Reinach, of Church State Council, filed a notice of appearance (Doc. No. 23) stating that Church State Council would be representing Mr. Elhindi as co-counsel with CAIR and that all future notices, communications, and/or pleadings should be directed to Church State Council.

E. On May 30, 2017, the Bankruptcy Case was reopened; Mr. Richards was reappointed Chapter 7 Trustee.

F. This lawsuit alleges claims that are property of the bankruptcy estate. Therefore, Mr. Richards has the sole authority to prosecute this lawsuit and is the real party in interest.



**STIPULATION TO SUBSTITUTE TRUSTEE AS PLAINTIFF, AND REVISE CAPTION; [PROPOSED] ORDER**    2

## STIPULATION

THEREFORE, IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, that:

1. Geoffrey Richards, in his capacity as the Chapter 7 Bankruptcy Trustee in *In re: Elsiddig Elhindi and Robin Jones*, United States Bankruptcy Court, Eastern District of California, Case No. 11-31916, be substituted into this lawsuit as plaintiff in place of Elsiddig Elhindi.

2. The caption be changed to read: Geoffrey Richards, Chapter 7 Bankruptcy Trustee, *In re: Elsiddig Elhindi and Robin Jones*, Plaintiff vs. State of California, and California Department of Corrections and Rehabilitation, Defendants.

3. Subject to bankruptcy court approval, Alan J. Reinach of Church State Council and Saad Sweilem of Council on American-Islamic Relations, California, are counsel in the instant case only for Mr. Richards (in his capacity as Chapter 7 Bankruptcy Trustee), and no longer counsel for Mr. Elhindi, and shall identify themselves as such.[1]

Dated: September 5, 2017

HERUM\CRABTREE\SUNTAG
A California Professional Corporation

By: */s/ Dana A. Suntag*
    DANA A. SUNTAG
    Attorneys for Chapter 7 Trustee
    Geoffrey Richards

Dated: August __, 2017

COUNCIL ON
AMERICAN-ISLAMIC RELATIONS

By: _____
    SAAD SWEILEM
    Attorneys for Plaintiff
    Elsiddig Elhindi

---

[1] On July 24, 2017, the Trustee filed in the Bankruptcy Case an application to employ Messrs. Reinach and Sweilem as his special counsel to prosecute this lawsuit. By order issued on August 3, 2017, that application was granted.

**STIPULATION TO SUBSTITUTE TRUSTEE AS PLAINTIFF, AND REVISE CAPTION; [PROPOSED] ORDER**

3

Dated: September 1, 2017          CHURCH STATE COUNCIL

                                  By: */s/ Alan J. Reinach*
                                      ALAN J. REINACH
                                      Attorneys for Plaintiff
                                      Elsiddig Elhindi

Dated: August 29, 2017            XAVIER BECERRA
                                  Attorney General of California
                                  JUDITH A. RECCHIO
                                  Supervising Deputy Attorney General

                                  By: */s/ Shanna McDaniel*
                                      SHANNA McDANIEL
                                      Attorneys for Defendants

                                      State of California, and
                                      California Department of
                                      Corrections and Rehabilitation

## ORDER

Having read and considered the foregoing stipulation for order to substitute Geoffrey Richards, Chapter 7 Bankruptcy Trustee, *In re: Elsiddig Elhindi and Robin Jones*, United States Bankruptcy Court, Eastern District of California, Case No. 11-31916, as plaintiff in place of Elsiddig Elhindi, and to revise the caption, and good cause appearing:

IT IS SO ORDERED.

Dated: September 8, 2017          _____
                                  ALLISON CLAIRE
                                  United States Magistrate Judge

**STIPULATION TO SUBSTITUTE TRUSTEE AS PLAINTIFF, AND REVISE CAPTION; [PROPOSED] ORDER** 4

