UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY RICHARDS, | No. 2:15-cv-00009 AC |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On July 14, 2017 the undersigned issued a scheduling order pursuant to the parties' stipulation that required the filing of a joint mid-litigation statement by November 17, 2017. That deadline has now passed, and the parties have not filed a joint mid-litigation statement. Good cause appearing, IT IS HEREBY ORDERED that the parties shall show cause, within 10 days, why monetary sanctions should not issue for failure to meet this deadline. The filing of a joint mid-litigation statement will discharge this order.

DATED: November 22, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1