SAAD B. SWEILEM, CA Bar No. 302916
C.A.I.R., California
717 K St., Ste. 217
Sacramento, CA 95814
T: (916) 441-6269
F: (916) 441-6271
E-mail: ssweilem@cair.com

ALAN J. REINACH, ESQ. State Bar No. 196899
JONATHON S. CHERNE, ESQ. State Bar No. 281548
CHURCH STATE COUNCIL
2686 Townsgate Road,
Westlake Village, CA 91361
805.413-7396
Fax: 805.497-7099
Email: ajreinach@churchstate.org
E-mail: jcherne@churchstate.org

Attorneys for Plaintiff Geoffrey Richards, Trustee
Of the Estate of Elsiddig Elhindi and Robin Jones

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**GEOFFREY RICHARDS, TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF ELSIDDIG A. ELHINDI AND ROBIN JONES,**

Plaintiff,

v.

**STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**

Defendants.

No. 2:15-CV-00009-MCE-AC

**NOTICE OF SETTLEMENT**

**TO THE COURT:**

PLEASE TAKE NOTICE that, pursuant to Eastern District Local Rule 160(a), the Court is hereby advised that the parties to the above-referenced civil action, Defendants STATE OF

CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, and Plaintiff GEOFFREY RICHARDS, TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF ELSIDDIG A. ELHINDI AND ROBIN JONES, ("the Parties") have reached a settlement as memorialized in a written Settlement Agreement and General Release. The parties request that the dispositional papers be submitted by March 30, 2018 to allow the parties to comply with the terms of the Settlement Agreement.

Dated: November 22, 2017

CAIR
CHURCH STATE COUNCIL

/s/ Jonathon Cherne

By: ______________________________

Jonathon S. Cherne, Esq.
Attorneys for Plaintiff

Dated: November 22, 2017

OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA

/s/ Shanna McDaniel

By: ______________________________

Shanna M. McDaniel, Esq.
Attorneys for Defendants