SAAD B. SWEILEM, CA Bar No. 302916
C.A.I.R., California
717 K St., Ste. 217
Sacramento, CA 95814
T: (916) 441-6269
F: (916) 441-6271
E-mail: ssweilem@cair.com

ALAN J. REINACH, ESQ. State Bar No. 196899
JONATHON S. CHERNE, ESQ. State Bar No. 281548
CHURCH STATE COUNCIL
2686 Townsgate Road,
Westlake Village, CA 91361
805.413-7396
Fax: 805.497-7099
Email: ajreinach@churchstate.org
E-mail: jcherne@churchstate.org
Attorneys for Plaintiff Geoffrey Richards, Trustee
Of the Estate of Elsiddig Elhindi and Robin Jones

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
SHANNA MCDANIEL, State Bar No. 229249
Deputy Attorney General
MARC B. KOENIGSBERG, State Bar No. 204265
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2520
 Fax: (916) 324-5567
 E-mail: shanna.mcdaniel@doj.ca.gov
*Attorneys for Defendant*
*California Department of Corrections*
*and Rehabilitation*

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY RICHARDS, TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF ELSIDDIG A. ELHINDI AND ROBIN JONES,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendants. | No. 2:15-CV-00009-MCE-AC<br><br>STIPULATION FOR DISMISSAL; [PROPOSED] ORDER |

Pursuant to the terms of a written Settlement Agreement and General Release, as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice. Each party is to bear his/its own attorneys fees and costs.

IT IS SO STIPULATED.

Dated: January 26, 2018        CAIR

By: /s/ Saad B. Sweilem, Esq (approval given 1/26/18)
Saad B. Sweilem, Esq.
Attorneys for Plaintiff

Dated: January 26, 2018        CHURCH STATE COUNCIL

By: /s/ Alan J. Reinach, Esq. (approval given 1/26/18)
Alan J. Reinach, Esq.
Attorneys for Plaintiff

Dated: January 26, 2018        OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA

By: /s/ Shanna M. McDaniel
Shanna M. McDaniel, Esq.
Attorney for Defendants

## DECLARATION OF SERVICE BY E-MAIL and U.S. Mail

Case Name: **Elsiddig Elhindi v. CDCR**
No.: **2:15-CV-00009-MCE-AC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On January 29, 2018, I served the attached **STIPULATION FOR DISMISSAL; [PROPOSED] ORDER** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Saad B. Sweilem
C.A.I.R., California
717 K Street, Suite 217
Sacramento, CA 95814
**E-mail Address**: ssweilem@cair.com

Alan J. Reinach, Esq.
Church State Council
2686 Townsgate Road
Westlake Village, CA 91361
**E-mail Address**:
misterliberty@churchstate.org

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 29, 2018, at Sacramento, California.

|  |  |
|---|---|
| Monica Walden | *M. Walden* |
| Declarant | Signature |

SA2015102185
12942625.docx