SAAD B. SWEILEM, CA Bar No. 302916
C.A.I.R., California
717 K St., Ste. 217
Sacramento, CA 95814
T: (916) 441-6269
F: (916) 441-6271
E-mail: ssweilem@cair.com

ALAN J. REINACH, ESQ. State Bar No. 196899
JONATHON S. CHERNE, ESQ. State Bar No. 281548
CHURCH STATE COUNCIL
2686 Townsgate Road,
Westlake Village, CA 91361
805.413-7396
Fax: 805.497-7099
Email: ajreinach@churchstate.org
E-mail: jcherne@churchstate.org
Attorneys for Plaintiff Geoffrey Richards, Trustee
Of the Estate of Elsiddig Elhindi and Robin Jones

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
SHANNA MCDANIEL, State Bar No. 229249
Deputy Attorney General
MARC B. KOENIGSBERG, State Bar No. 204265
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-2520
 Fax: (916) 324-5567
  E-mail: shanna.mcdaniel@doj.ca.gov
*Attorneys for Defendant*
*California Department of Corrections*
*and Rehabilitation*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEOFFREY RICHARDS, TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF ELSIDDIG A. ELHINDI AND ROBIN JONES**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,** <br><br> Defendants. | No. 2:15-CV-00009-MCE-AC <br><br> **STIPULATION FOR DISMISSAL;** [~~PROPOSED~~] **ORDER** |

Pursuant to the terms of a written Settlement Agreement and General Release, as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice. Each party is to bear his/its own attorneys fees and costs.

IT IS SO STIPULATED.

Dated: January 26, 2018          CAIR

                                               By: /s/ Saad B. Sweilem, Esq (approval given 1/26/18)
                                                         Saad B. Sweilem, Esq.
                                                         Attorneys for Plaintiff

Dated: January 26, 2018          CHURCH STATE COUNCIL

                                               By: /s/ Alan J. Reinach, Esq. (approval given 1/26/218)
                                                         Alan J. Reinach, Esq.
                                                         Attorneys for Plaintiff

Dated: January 26, 2018          OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA

                                               By: /s/ Shanna M. McDaniel
                                                         Shanna M. McDaniel, Esq.
                                                         Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**GEOFFREY RICHARDS, TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF ELSIDDIG A. ELHINDI AND ROBIN JONES**,

Plaintiff,

v.

**STATE OF CALIFORNIA; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**

Defendants.

No. 2:15-CV-00009-MCE-AC

[~~PROPOSED~~] ORDER

The court having considered the parties' stipulation to dismiss this lawsuit with prejudice with each party to bear his/its own costs and fees, the Court approves the stipulation.

IT IS SO ORDERED

Dated: January 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE